# EXHIBIT 3


MINNESOTA
JUDICIAL BRANCH
MINNESOTA COURT RECORDS ONLINE (MCRO)

## Case Details (Register of Actions)

Search executed on 10/25/2022 01:37 PM

### Case Information

**Case Number:** 62-CV-22-5535
**Case Title:** Minnesota Life Insurance Company vs Matthew F. Strong, Strong Financial Solutions, Inc.
**Case Type:** Contract
**Date Filed:** 10/12/2022
**Case Location:** Ramsey County, Ramsey Civil
**Judicial Officer:** Nelson, Laura
**Case Status:** Open

### Party Information

**Plaintiff**
Minnesota Life Insurance Company

**Attorneys Active**
- WARNER, GEORGE EDWARD - Lead Attorney

**Defendant**
Strong, Matthew F.
Pompano Beach, FL 33062

**Defendant**
Strong Financial Solutions, Inc.
Pompano Beach, FL 33062

### Case Events

| Date | Event | Pages |
|---|---|---|
| 10/13/2022 | Notice of Case Filing and Assignment<br>Judicial Officer: Nelson, Laura<br>Index #7 | 1 page |
| 10/12/2022 | Affidavit of Mailing<br>Index #6 | 2 pages |
| 10/12/2022 | Civil Cover Sheet<br>Index #5 | 2 pages |
| 10/12/2022 | Affidavit of Service<br>Index #4 | 1 page |
| 10/12/2022 | Affidavit of Service<br>Index #3 | 1 page |

| 10/12/2022 | Summons and Complaint<br>Index #2 | 45 pages |
|---|---|---|
| 10/12/2022 | Correspondence<br>Index #1 | 1 page |

## Financial Information

**Plaintiff - Minnesota Life Insurance Company**

| | | |
|---|---:|---:|
| Fines and Fees | $ | 300.00 |
| Total Payments and Credits | - $ | 300.00 |
| **Current Balance as of 10/25/2022** | **$** | **0.00** |

**Transaction Details**

| 10/13/2022 | E-File Electronic Payment | Receipt # EP62C-2022-09023 | - $ | 300.00 |
|---|---|---|---:|---:|
| 10/13/2022 | Charge | | $ | 300.00 |

Search executed on 10/25/2022 01:37 PM