| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF RAMSEY | SECOND JUDICIAL DISTRICT |
| | CASE TYPE: CONTRACT |

| | |
|---|---|
| Minnesota Life Insurance Company,<br><br>       Plaintiff,<br><br>vs.<br><br>Matthew F. Strong and<br>Strong Financial Solutions, Inc.,<br><br>       Defendants. | Court File No.: 62-CV-22-5535<br>Judge: Laura Nelson<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

  **PLEASE TAKE NOTICE** that Defendants Matthew F. Strong and Strong Financial Solutions, Inc. have removed this action to the United States District Court for the District of Minnesota. A copy of the Notice of Removal (exclusive of exhibits) is attached hereto as **Exhibit A**.

Dated: October 27, 2022

              **BC DAVENPORT, LLC**

              */s/ David A. Davenport*
              David A. Davenport, #285109
              105 5th Avenue South, Suite 375
              Minneapolis, MN 55401
              Tel: (612) 445-8102
              Fax: (612) 445-8011
              david@bcdavenport.com

              *Attorney for Defendants*