UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, a Minnesota corporation,<br><br>                      Plaintiff,<br><br>v.<br><br>MATTHEW F. STRONG, a Florida citizen, and STRONG FINANCIAL SOLUTIONS, INC., a Florida corporation,<br><br>                      Defendants. | Case No.: 0:22-cv-2718<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on October 27, 2022, I caused the following documents:

    1.      Notice of Removal with Exhibits [Dkt. No. 1]; and
    2.      Defendants' Rule 7.1 Disclosure Statement [Dkt. No. 2].

to be filed electronically with the Clerk of the Court through ECF, and to be served via

U.S. Mail (first class, postage prepaid) and email upon:

    George E. Warner, Jr.
    120 South Sixth Street, Suite 1515
    Minneapolis, MN 55402
    george@warnerlawmn.com

    *Attorney for Plaintiff*

| | |
|---|---|
| Dated: October 27, 2022 | **BC DAVENPORT, LLC**<br><br>*/s/ David A. Davenport*<br>David A. Davenport, #285109<br>105 5th Avenue South, Suite 375<br>Minneapolis, MN 55401<br>Tel: (612) 445-8102<br>Fax: (612) 445-8011<br>david@bcdavenport.com<br><br>*Attorney for Defendants* |