# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW F. STRONG, a Florida citizen, and STRONG FINANCIAL SOLUTIONS, INC., a Florida corporation,<br><br>Defendants. | Case No.: 22-cv-02718 (MJD)(TNL)<br><br><br>**ORDER GRANTING STIPULATION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT** |

Defendants Matthew F. Strong and Strong Financial Solutions, Inc. (together, "Defendants"), and Plaintiff Minnesota Life Insurance Company ("Plaintiff," and together with Defendants, the "Parties") filed a Stipulation to extend Defendants' time to answer or otherwise respond to the Complaint by 14 days to November 17, 2022. After full consideration of the matter, and good cause appearing, the Court ORDERS that the Stipulation (ECF No. 6) is granted and Defendants have until November 17, 2022 to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

Dated: November 4, 2022            *s/Tony N. Leung*
                                                TONY N. LEUNG
                                                U.S. Magistrate Judge