# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>    PLAINTIFF,<br><br>V.<br><br>MATTHEW F. STRONG AND STRONG FINANCIAL SOLUTIONS, INC.,<br><br>    DEFENDANTS. | CIVIL NO.  22-CV-2718 (MJD/TNL)<br><br><br>**ORDER** |

TO:    Plaintiff and Plaintiff's attorney George E. Warner, Jr., Warner Law, LLC, 1515 Canadian Pacific Plaza, 120 South Sixth Street, Minneapolis, MN 55402.

Defendants and Defendants' attorneys David A. Davenport, BC Davenport, LLC, 105 5th Avenue South, Suite 375, Minneapolis, MN 55401; and Michael Smith, Law Office of Michael D. Smith, P.C., 724 Indian Road, Glenview, IL 60025.

On November 17, 2022, a Motion to Dismiss (ECF No. 10) was filed in this matter.

**IT IS HEREBY ORDERED:**

1. Within 30 days of the motion being decided, Plaintiff shall contact the chambers of Magistrate Judge Tony Leung, by letter or e-mail, for the purpose of scheduling the pretrial conference.

2. Failure to comply with this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits and other evidence; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

Dated: November 21, 2022

                                                    *s/Tony N. Leung*
                                        Magistrate Judge Tony N. Leung
                                        United States District Court