UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, a Minnesota corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW F. STRONG, a Florida citizen, and STRONG FINANCIAL SOLUTIONS, INC., a Florida corporation,<br><br>    Defendants. | Civil Case No.: 22-cv-02718 (MJD)(TNL)<br><br>**DEFENDANTS' LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Michael D. Smith, certify that this Memorandum of Law complies with LR 7.1(f) because it contains 519 words, and with the supporting memorandum filed in support of this Motion, contains a cumulative total of 1,798 words, excluding the parts exempted by LR 7.1(f)(1)(C), as determined by using the word-count function in Microsoft Word Version 2210, and applying it specifically to include all text, including headings, footnotes, and quotations.

I further certify that this Memorandum of Law complies with the type-size requirement of LR 7.1(h) because it uses Times New Roman, 13-point font, and is double-spaced but for the exceptions provided under LR 7.1(h)(1).

Dated:  December 22, 2022	Respectfully submitted,

*/s/ Michael D. Smith*
Michael D. Smith (*pro hac vice*)
LAW OFFICE OF MICHAEL D. SMITH, P.C.
231 South LaSalle Street, Suite 2100
Chicago, IL 60604
Tel:  (312) 546-6138
msmith@smithlawchicago.com

-and-

David A. Davenport (MN Bar #0285109)
BC DAVENPORT, LLC
105 5th Avenue South, Suite 375
Minneapolis, MN 55401
Tel.:  (612) 445-8012
Fax:  (612) 445-8011
david@bcdavenport.com

*Attorneys for Defendants*