UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Minnesota Life Insurance Company, | Case No.: 0-22-CV-2718 (MJD/DLM) |
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Matthew F. Strong and Strong Financial Solutions, Inc., | |
| Defendants. | |

---

This matter came before the Court on the motion of Defendants Matthew F. Strong and Strong Financial Solutions, Inc. for an extension of time to file their response to Plaintiff's Motion for Summary Judgment. (Doc. 67.)

Accordingly, based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. Defendants' Motion for Extension of Time to File Response to Plaintiff's Motion for Summary Judgment **[Doc. 67]** is **GRANTED;**

2. Defendants shall file their response to Plaintiff's Motion for Summary Judgment by the end of the day on September 24, 2024.

Date: September 24, 2024

s/Michael J. Davis
Michael J. Davis
United States District Court