UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Minnesota Life Insurance Company, | Case No.: 0-22-CV-2718 (MJD/DLM) |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Matthew F. Strong and Strong Financial Solutions, Inc., | |
| Defendants. | |

---

Based upon the parties' Stipulation of Dismissal with Prejudice **[Doc. 78]** filed with this Court, **IT IS HEREBY ORDERED** that the above-entitled action is hereby **DISMISSED with prejudice** on the merits and without costs or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  December 30, 2024             s/Michael J. Davis
                                      Michael J. Davis
                                      United States District Court